## James FORMAN et al., Appellants,
## v.
## CITY OF MONTGOMERY, Appellee.
### No. 22961.

United States Court of Appeals
Fifth Circuit.

Feb. 17, 1966.

Martin M. Berger, Arthur Kinoy, William M. Kunstler, New York City, for appellants.

Walter J. Knabe and Matthis W. Piel, Montgomery, Ala., Capell, Howard, Knabe & Cobbs, Montgomery, Ala., of counsel, for appellee.

Before RIVES and GEWIN, Circuit Judges, and ALLGOOD, District Judge.

PER CURIAM.

The judgment is affirmed for the reasons well stated in the opinion of the district court. 245 F.Supp. 17 (1965).

Affirmed.

## William V. MURRY, Appellant,
## v.
## Dr. H. F. DeMESQUITA, Appellee.
### No. 22276.

United States Court of Appeals
Fifth Circuit.

Feb. 9, 1966.

Rehearing Denied April 29, 1966.

William V. Murry, Hattiesburg, Miss., for appellant.

Leonard B. Melvin, Jr., Laurel, Miss., Melvin, Melvin & Melvin, Laurel, Miss., for appellee.

Before GEWIN and COLEMAN, Circuit Judges, and McRAE, District Judge.

PER CURIAM.

Substantial evidence appearing on the record to support the jury's verdict, the judgment below is

Affirmed.